**'113 Patent Claim 1**

|  | Claim text | GO1 |
|---|---|---|
| A | 1. An e-learning delivery system, comprising: | • Delivering learning is spoken to see screenshot in Appendix B |
| B | a licensing/reporting server; | • Speaks to reporting, playing content. See screenshot in Appendix A<br>• Licensing it spoken to in their content provider terms Screenshot in Appendix C |
| C | a network-side content player operably coupled with each of the licensing/reporting server and a content delivery network comprising stored e-learning content; and | • Speaks to reporting, playing content. See screenshot in Appendix A<br>• Delivering learning is spoken see screenshot in Appendix B |
| D | a proxy comprising coded instructions stored on a non-transitory computing device-readable medium at the network-side, wherein the proxy instructions identify a specific instance of licensed content, and wherein the proxy instructions are configured when executed on a client-side computing device to enable a user to access and interact with the licensed content via a browser of the computing device and are further configured to report a status of the user's interaction with the content to one or both of the licensing/reporting server and a learning management system (LMS); | • Note: SCORM or LMS integration implies launching, consuming, and tracking content<br>• Speaks to reporting, playing content. See screenshot in Appendix A<br>• SCORM content access is also spoken to within the screenshot in Appendix A and SCORM implies a client-side computing element by specification. |

| | | |
|---|---|---|
| | | • Appendix A screenshot also speaks of delivery to LMS<br>• Appendix D references "playing and tracking" functionality |
| E | wherein the licensing/reporting server includes coded instructions configured when executed to cause the licensing/reporting server to verify a validity status of the user license to the specific instance of content, and upon verifying the validity of the license, the instructions are further configured to cause the licensing/reporting server to provide to the proxy a location designator for accessing the content player; | • Content playing via generated links or SCORM is well described under their FAQ sections including how to play Appendix D<br>• Via API guide we can see what is referred to as licenses in OpenSesame is referred to as Accounts in Go1 (see "licensed_user_count" in screenshot) Appendix E |
| F | wherein the proxy instructions are further configured, when executed on the client-side computing device in response to a request for access to the specific instance of content, to:<br><br>cause the client-side computing device to request verification by the licensing/reporting server of the validity status of a license to the specific instance of content; and<br><br>cause the client-side computing device to instruct a browser to access the content player via the location designator; and | • Content playing via generated links or SCORM is well described under their FAQ sections including how to play Appendix D<br>• Via API guide we can see what is referred to as licenses in OpenSesame is referred to as Accounts in Go1 (see "licensed_user_count" in screenshot) Appendix E |

**Exhibit 2**
**Page 2 of 9**

| G | wherein the proxy instructions are further configured to relay information to a client-side Learning Management System (LMS) including information indicating a status of content played by the content player. | • Appendix D speaks to using LMS and having that LMS tracking work. |
|---|---|---|

**Exhibit 2**
**Page 3 of 9**

# APPENDIX

**Exhibit 2**
**Page 4 of 9**

A. https://www.go1.com/go1-platform



# Delivered in your existing platform, or in ours

Go1 recognizes that you may have already invested in a system to meet your business or learning requirements; it's why the Go1 Content Hub is available on hundreds of existing systems, from unified communication like Microsoft Teams, to a wide variety of Learning Management systems (LMS). For those beginning their eLearning journey, or requiring a discrete stand-alone platform, the Go1 Platform offers an intuitive SCORM-compatible solution for any organization.

## The Go1 Platform

The Go1 Platform provides an intuitive experience in uploading your existing content. Compatible resource types include SCORM, xAPI, PDF, Audio, Video, MS Office files and many more. Upload content from any learning authoring tool, and if you don't have one, we've included an easy-to-use course creation tool to compile your own custom content! You have everything you need to get started with comprehensive reporting, built-in assessment, quiz engines, and 24-hour support.



B. https://www.go1.com/developers



C.    https://www.go1.com/terms/content-partner-terms

## Content Provider Terms

*Effective 2 December 2020*

**Background**

The business of GO1 includes an online marketplace for e-learning resources, which are made available through our Website and by and through a number of partners, including content sharing partners, distribution partners and implementation partners (**Partners**).

Most of our learning resources are obtained from third party providers.  These terms and conditions (**Provider Terms**) govern your provision of all learning resources.  Once accepted by you (when you sign GO1's relevant registration form, paper-based agreement or by accepting the Provider Terms online at the Website), these Provider Terms become a formal agreement between you and GO1 (**Agreement**).

Capitalized terms used in these Provider Terms are defined at the end of the document.

**1.    Content License**

1.1    You grant to GO1 for the Term, the Option Term and for the purpose of clause 1.3, a non-exclusive right and license to resell, reproduce, distribute, publicly perform, offer, market and otherwise use the Content, and to sublicense it to Users, Partners and other persons described in clause 1.2 for these purposes directly or through third parties (License).

1.2    For clarity, the License granted to GO1 in clause 1.1 may be used by:

(a)  GO1;

(b)  any entity to which GO1, in its discretion, grants a sub-license including, without limitation, GO1's Partners listed on the GO1 Partner Page, as amended from time to time, available at https://www.go1.com/en-au/go1-partners-and-other-parties; and

(c)  Affiliates of GO1 (which include GO1 USA LLC and GO1 UK Learning Limited).

1.3    You agree that, despite expiration or termination of the Agreement, you shall continue to provide access to the Courses to any Users to which GO1 has an ongoing obligation to provide the Courses (including, without limitation, for the period that any User remains enrolled in a Course, or until a Course is completed, or for the term that GO1 has committed to provide the Course to Users, whether through the GO1 Platform or through Partners or by any other means).

**Exhibit 2**
**Page 7 of 9**

D. https://www.go1.com/developers/partners/concepts/play-content

## Play content

*Retrieve and play Go1 content in your platform.*

There are two main options available to provide a rich playback experience inside of your platform. Select the option that best suits your platform's current configuration.

### Option 1: Play content using your SCORM player

We recommend this option if your platform already has a SCORM player available. This method allows you to retrieve a SCORM package for any piece of Go1 content via the API, and play that content using your SCORM player. If you do have a SCORM player, this is generally the simplest and quickest method of integration – as content playing and tracking functionality should already exist in your platform.

### Option 2: Play content using the Go1 Player

We recommend this option only if you do not have a SCORM player available. This method allows you to play Go1 content by embedding the Go1 player into your platform. To embed the Go1 player, you'll generate a unique `play` URL for each piece of content via the API, which you can surface seamlessly in your platform.

### Manually export a SCORM file from Go1

If a full integration is not an option at this stage, or you simply want to test some Go1 content – you can retrieve and play Go1 content by logging into the Go1 platform and manually download a piece of content in SCORM format (.zip).

E.
https://www.go1.com/developers/api/reference/v2#section/Authentication

