BUCHALTER LLP
Daniel P. Larsen, OSB No. 943645
Email: dlarsen@buchalter.com
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

Willmore F. Holbrow III *(pro hac vice)*
Email: wholbrow@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700

    Attorneys for Plaintiff
    [Additional counsel on signature page]

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kristin Cornuelle, OSB No. 130922
1140 SW Washington Street, Suite 500
Portland, OR 97205
Telephone: 503.943.4800
Email: kcornuelle@orrick.com

Clement S. Roberts, SBN: 209203 *(pro hac vice)*
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415.773.5700
Email: croberts@orrick.com

    Attorneys for Defendant
    [Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| OpenSesame, Inc., a Delaware corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>Go1 Pty, Ltd., an Australian Proprietary Company,<br><br>            Defendant. | Case No. 3:21-cv-1258-SI<br><br>**JOINT FINAL CLAIM CONSTRUCTION HEARING CHART** |

Pursuant to the Court's Case Scheduling Order (ECF No. 81), as amended (ECF No. 92), Plaintiff OpenSesame, Inc. ("OpenSesame") and Defendant Go1 Pty, Ltd. ("Go1") submit this Joint Final Claim Construction Hearing Chart concerning each claim term, phrase, or clause in the asserted claims, i.e., claims 1 and 3–15, of U.S. Patent No. 8,784,113 ("the '113 Patent") that any party has identified for claim construction purposes.

The parties' Joint Final Claim Construction Hearing Chart, attached as Exhibit A, includes the parties' proposed constructions for each term and the evidence the parties rely upon in support of their proposed constructions.

Dated: March 25, 2026

BUCHALTER LLP

/s/ Coby S. Nixon
Willmore F. Holbrow III (pro hac vice)
Email: wholbrow@buchalter.com
Telephone: 213.891.0700

Daniel P. Larsen, OSB No. 943645
Email: dlarsen@buchalter.com
Telephone:  503.226.1191

Coby S. Nixon (pro hac vice)
Email: cnixon@buchalter.com
Telephone: 404.832.7530

Seth K. Trimble (pro hac vice)
Email: strimble@buchalter.com
Telephone: 404.832.7530


Attorneys for Plaintiff

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Wesley L. White
Clement S. Roberts (pro hac vice)
Email: croberts@orrick.com
Elizabeth R. Moulton (pro hac vice)
Email: emoulton@orrick.com
Telephone: 415.773.5700

Bas de Blank (pro hac vice)
Email: basdeblank@orrick.com
Telephone: 650.614.7400

Joshua P. Glucoft (pro hac vice)
Email: joshua.glucoft@orrick.com
Telephone: 213.629.2020
Jingyuan Luo (pro hac vice)
Email: jluo@orrick.com
Telephone: 650.614.7400

Wesley L. White (pro hac vice)
Email: wwhite@orrick.com
Telephone: 212.506.5000

Kristin Cornuelle, OSB No. 130922
Email: kcornuelle@orrick.com
Telephone: 503.943.4800

Attorneys for Defendant

**EXHIBIT A**

**Joint Final Claim Construction Hearing Chart**

| Claim Term or Phrase | OpenSesame's Proposed Construction | OpenSesame's Supporting Evidence | Go1's Proposed Construction | Go1's Supporting Evidence |
|---|---|---|---|---|
| network-side<br><br>(Claims 1, 5, 8, and 11) | Set of components managed by one or more providers of the e-learning delivery system that communicate with client-side components. | Intrinsic Evidence:<br><br>'113 Patent: Abstract; Claims 1, 2, 5, 8, 11; Figures 1–4; 1:37–41; 2:19–22; 3:14–26; 4:37–42; 6:48–66; 5:34–45; 6:48–7:13; 7:43–50; 8:8–9; 16:4–15<br><br>ECF No. 110-1, U.S. Patent Publ. No. 2007/0111180 to Sperle ("Sperle"), at [0018], Figure 1<br><br>ECF No. 108-1, Notice of Allowability, at 5<br><br>Extrinsic Evidence:<br><br>ECF No. 104, Declaration of Nick Ferrara in Support of Plaintiff's Opening Claim Construction Brief, ¶¶ 23–33. | The provider's (that is the server's) end of a client/server connection, as opposed to the client. | Intrinsic Evidence:<br><br>'113 Patent Abstract, Figures 1-7; Claim 1, 1:23–41; 3:14-26; 4:37-38; 5:31-45; 6:25–31; 6:48–62; 6:63-7:13; 7:43–50; 16:4-10; 20:25-30<br><br>Feb 19, 2014 Notice of Allowance at pages 5-6<br><br>IPR2022-01439 Paper 19 (Patent Owner Sur-Reply) at 18<br><br>IPR2022-01439 Paper 12 (Patent Owner's Response) at pages 29-30; 41-43, 29 n.11<br><br>IPR2022-01439 Paper 6 (Decision Granting Institution of Inter |

| Claim Term or Phrase | OpenSesame's Proposed Construction | OpenSesame's Supporting Evidence | Go1's Proposed Construction | Go1's Supporting Evidence |
|---|---|---|---|---|
| | | | | Partes Review) at pages 8-9<br><br>Extrinsic Evidence:<br><br>ECF. No. 109 Declaration of Sandeep Chatterjee, ¶¶ 25-33<br><br>The New Penguin Dictionary of Computing (2001), p. 78<br><br>Wiley Electrical and Electronics Engineering Dictionary (2004), p. 115<br><br>Dkt. 55 at page 4 |
| client-side (Claim 1) | Set of components of the e-learning delivery system managed by one or more authors, instructors, training managers, learners, students, or customers that communicate with network-side components. | Intrinsic Evidence:<br>'113 Patent: Abstract; Claim 1; Figures 1–4; 1:37–41; 2:19–22; 3:14–26; 4:37–42; 5:34–45; 6:48–7:13; 7:43–50; 8:8–9; 8:25–28; 16:4–15 ECF No. 110-1, Sperle, at [0018], Figure 1 ECF No. 108-1, Notice of Allowability, at 5 | The user's (that is the client machine's) end of a client/server connection, as opposed to the server. | Intrinsic Evidence:<br>'113 Patent, Abstract, Claim 1; Figures 1-7; 1:23–41; 3:14-26; 4:37-38; 5:31-45; 6:25–31; 6:48-62; 6:62–7:13; 7:43–8:6; 16:4-10; 20:25-30<br><br>Feb 19, 2014 Notice of Allowance at pages 5-6 |

| Claim Term or Phrase | OpenSesame's Proposed Construction | OpenSesame's Supporting Evidence | Go1's Proposed Construction | Go1's Supporting Evidence |
|---|---|---|---|---|
| | | Extrinsic Evidence: ECF No. 104, Declaration of Nick Ferrara in Support of Plaintiff's Opening Claim Construction Brief, ¶¶ 23–33. | | IPR2022-01439 Paper 12 (Patent Owner's Response) at 29-30; 41-43; 29 n.11<br><br>IPR2022-01439 Paper 5 (POPR) at page 33<br><br>IPR2022-01439 Paper 19 (Patent Owner Sur-Reply) at page 18<br><br>Extrinsic Evidence: ECF. No. 109 Declaration of Sandeep Chatterjee, ¶¶ 25-33<br><br>The New Penguin Dictionary of Computing (2001), p. 78<br><br>Wiley Electrical and Electronics Engineering |

| Claim Term or Phrase | OpenSesame's Proposed Construction | OpenSesame's Supporting Evidence | Go1's Proposed Construction | Go1's Supporting Evidence |
|---|---|---|---|---|
| | | | | Dictionary (2004), p. 115<br><br>Dkt. 30 at page 9<br><br>Dkt. 55 at page 4-5<br><br>Dkt. 23, ¶ 18 |
| content player (Claims 1, 5–6, 11) | No construction necessary.<br>In the alternative, "software configured to play content." | Intrinsic Evidence:<br>'113 Patent: Abstract; Claims 1, 5–6, 11; Figures 1–7; 3:14–23; 4:58–65; 5:4–14; 6:56–61; 10:16–25; 15:54–60<br>Extrinsic Evidence:<br>ECF No. 104, Declaration of Nick Ferrara in Support of Plaintiff's Opening Claim Construction Brief, ¶¶ 34–39. | Software that plays content provided by the e-learning system. | Intrinsic Evidence:<br>'113 Patent Figs. 1-8; Claim 1; Claim 5; Claim 11; 4:58-62; 5:19-22; 10:16-30; 12:52-55; 12:61-66; 13:4-6; 13:65-14:2; 14:8-12; 14:17-19; 15:54-60; 15:66-16:3; 16:29-32<br><br>January 30, 2014 Applicant Initiated Interview Summary at pages 2; 3-4<br><br>July 12, 2013 Response to Nonfinal Office Action at page 11<br><br>November 5, 2013 Office Action at pages 10-11 |

| Claim Term or Phrase | OpenSesame's Proposed Construction | OpenSesame's Supporting Evidence | Go1's Proposed Construction | Go1's Supporting Evidence |
|---|---|---|---|---|
| | | | | Extrinsic Evidence: ECF. No. 109 Declaration of Sandeep Chatterjee, ¶¶ 34-35<br><br>Microsoft Computer Dictionary (5th ed., 2002), p. 441 |
| user<br><br>(Claims 1, 3, 5, 7, and 11) | Any person that uses the e-learning delivery system, such as an author, instructor, training manager, learner, student, or customer. | Intrinsic Evidence:<br><br>'113 Patent: Abstract; Claims 1, 3, 5, 7, and 11; Figures 1–8; 3:23–26; 3:59–62; 4:39–42; 5:66–6:2; 7:14–23; 15:3–14<br><br>Extrinsic Evidence:<br><br>ECF No. 103-2 (Free Online Dictionary of Computing (Jan. 11, 2010), Entry for "User": "Any person, organisation, process, device, program, protocol, or system which uses a service provided by others.")<br><br>ECF No. 103-3 at 15 (ISO/IEC 12207:2008, | A person who uses the e-learning system. | Intrinsic Evidence:<br><br>'113 Patent Claim 1; Claim 5; Claim 7; 3:52–62; 3:63-65; 5:31-34; 5:39-43; 7:14-20; 13:23-41; 14:38-41; 15:3-20<br><br>IPR2022-01439 Paper 5 (POPR) at pages 20-21<br><br>IPR2022-01439 Paper 6 (PTAB Decision Granting Institution of IPR) at pages 15; 21; 53<br><br>IPR2022-01439 Paper 12 (Patent Owner's Response) at pages 6, 16-17 |

| Claim Term or Phrase | OpenSesame's Proposed Construction | OpenSesame's Supporting Evidence | Go1's Proposed Construction | Go1's Supporting Evidence |
|---|---|---|---|---|
| | | Systems and software engineering - Software life cycle processes (2008), Definition of "User": "individual or group that benefits from a system during its utilization.") ECF No. 103-4 at 3 (McGraw-Hill Dictionary of Scientific and Technical Terms (6th Ed. 2003), Entry for "User": "Anyone who requires the use of services of a computing system or its products.") | | |